**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RENAN YOBANY VALLE,

Petitioner,

v.

WARDEN, Imperial Regional Adult Detention Facility; CALEB VITELLO, Director of U.S. Immigration and Customs Enforcement; ALEJANDRO MAYORKAS, Secretary of U.S. Department of Homeland Security; and U.S. Immigration and Customers Enforcement (ICE), a component of Department of Homeland Security,

Respondents.

Case No.: 3:26-cv-05301-BTM-JAC

**ORDER:**
**(1) APPOINTING FEDERAL DEFENDERS OF SAN DIEGO, INC., AS COUNSEL,**
**(2) TO SHOW CAUSE, AND**
**(3) ENJOINING REMOVAL FROM THE SOUTHERN DISTRICT**

Having reviewed the petition, the Court orders as follows.

First, the Court appoints the Federal Defenders of San Diego, Inc., to represent the Petitioner in this case. The Court finds that the interests of justice require that the Petitioner, who seeks relief under 28 U.S.C. § 2241, receive representation. *See* 18 U.S.C. § 3006A(a)(2). The Petitioner shall file proof of qualification for appointed counsel no

later than the deadline for the Petitioner's reply brief. No later than seven (7) days following the date this Order is signed, the Federal Defenders shall file a status report indicating any intent to refer the case to a Criminal Justice Act panel attorney or file an amended petition. *See* Fed. R. Civ. P. 6(a)(1); *see also* Chief Judge Order No. 134-A.

Second, the Court orders the Respondents to show cause why the petition should not be granted. The Respondents shall state in their response whether the Petitioner will be a danger to the community if released.

The Respondents must file a brief responding to the Court's order no later than fourteen (14) days following the date this Order is signed. The Petitioner may file a brief replying to the Respondents' brief no later than twenty-one (21) days following the date this Order is signed. If the Petitioner files an amended petition, the briefing schedule will be vacated without further order from the Court and reset as follows: the Respondents' brief must be filed no later than fourteen (14) days following the filing date of the amended petition and the Petitioner's reply may be filed no later than twenty-one (21) days following the filing date of the amended petition. The petition will be deemed submitted for the Court's decision once the deadline for the Petitioner's reply brief has passed. There will be no oral argument unless requested by the Court.

Third, the Respondents are enjoined from removing the Petitioner from the Southern District of California until the petition is decided. *See* 28 U.S.C. § 1651.

Furthermore, the Court will not "separately decide[] any request for a temporary restraining order or other preliminary injunctive relief." Chief Judge Order No. 144 ¶ 6. The Court instead will decide the Petitioner's request for a temporary restraining order "together with its determination on the merits of the Petition." *Id.*

**IT IS SO ORDERED.**

Dated: September 16, 2026

Honorable Barry Ted Moskowitz
United States District Judge